UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

**LISA TRACY, on behalf of KAYLA M. EATON,**

                    **Plaintiff,**

-against-                                          02-CV-91

**JO ANNE B. BARNHART,
Commissioner of Social Security,**

                    **Defendant.**
_____

**THOMAS J. McAVOY,
Senior United States District Judge**

## DECISION & ORDER

This matter was referred to the Hon. David R. Homer, United States Magistrate Judge, for a Report and Recommendation pursuant to 28 U.S.C. § 636(b) and Rule 72.3(d) of the Local Rules of the Northern District of New York. After examining the record, this Court has determined that the Report-Recommendation and Order dated July 27, 2006 is not subject to attack for plain error or manifest injustice. Furthermore, no objections to the Report-Recommendation and Order have been raised. Accordingly, this Court adopts the Report-Recommendation and Order for the reasons stated therein. It is therefore

**ORDERED** that this matter is **REMANDED** to the Commissioner for further proceedings consistent with the Report-Recommendation and Order dated July 27, 2006.

DATED: September 18, 2006

*/s/ Thomas J. McAvoy*
Thomas J. McAvoy
Senior, U.S. District Judge