# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF NEW YORK

---

**Lisa Tracy**

    vs.

**JoAnne B. Barnhart**

---

JUDGMENT IN A CIVIL CASE

**CASE NO.**  6:02-CV-91

    **JURY VERDICT.**  This action came before this Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**X**    **DECISION BY COURT.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT THIS MATTER IS REMANDED BACK TO THE COMMISSIONER FOR FURTHER PROCEEDINGS.

IN ACCORDANCE WITH THE HONORABLE THOMAS J. MCAVOY'S DECISION AND ORDER FILED ON SEPTEMBER 18, 2006.

Dated:  September 18, 2006

*Lawrence K. Baerman*
Clerk of Court

s/S. Potter
    By:  Deputy Clerk